

Via ECF

June 18, 2012

Hon. Marianne O. Battani
United States District Court
for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 277
Detroit, MI 48226

      RE:    *Tankersley and Deihl. v. Lynch*, et al. E. Dist. Mich. Case No. 11-cv-12847
             Notice of Bankrutcy

Dear Judge Battani:

    Per your case manager's request I have a attached the Notice of Bankruptcy Case Filing regarding Defendant John Lynch. As all other named Defendants were dismissed by stipulation and order filed on May 14, 2013, John Lynch is currently the only named Defendant remaining. Thus, the entire action is now stayed by the Bankruptcy filing and automatic stay.

Best Regards,

Bryan W. Dillon

cc: All Counsel (Via ECF)
407/02/0312.1

127 SOUTH MAIN STREET, SEBASTOPOL, CA 95472    (707) 823-8719    FAX (707) 823-8737    WWW.SINGLER-LAW.COM

United States Bankruptcy Court
Eastern District of Michigan

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/17/2012 at 2:32 PM and filed on 09/17/2012.

**John Robert Lynch**
1352 Balfour
Grosse Pointe Park, MI 48230
SSN / ITIN: xxx-xx-4112



The case was filed by the debtor's attorney:

**Amanda Kill**
430 N. Old Woodward
Second Floor
Birmingham, MI 48009
(248) 723-6101

The bankruptcy trustee is:

**Gene R. Kohut**
21 Kercheval Avenue
Suite 285
Grosse Pointe Farms, MI 48236
313-886-9765

The case was assigned case number 12-61025-wsd to Judge Walter Shapero.Detroit.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.mieb.uscourts.gov or at the Clerk's Office, 211 West Fort Street, Detroit, MI 48226.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Katherine B. Gullo**
**Clerk, U.S. Bankruptcy Court**